PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      dean.carter@usdoj.gov
Telephone:   (916) 554-2781
Facsimile:   (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRIE J. BANKS,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, KELLY MICHAEL FROST, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | No. 2:23-CV-01594-TLN-SCR<br><br>**ORDER GRANTING EXTENSION OF DEADLINE TO FILE REPLY AND RESPOND TO MOTION TO CONDUCT JURISDICTIONAL DISCOVERY** |

The United States moves to extend the deadline for its reply in support of its motion by 10 days, making the new deadline November 14, 2024, and further requests that the Court extend the opposition deadline by 14 days, making the new deadline **November 20, 2024**, with Banks' reply being due 10 days thereafter.

Good cause having been shown, it is ordered that:

1) The United States shall have until **November 14, 2024**, to file its reply to Plaintiff's opposition to the motion to dismiss, and

2) The United States shall have until **November 20, 2024**, to file its opposition to Plaintiff's motion to conduct jurisdictional discovery.

Dated:  November 4, 2024

_____
Troy L. Nunley
Chief United States District Judge